UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME VERNON SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITRUS HEIGHTS WATER DISTICT, as part of the SAN JAUN WATER DISTRICT,<br><br>　　　　Defendant. | No. 2:13-cv-1264-KJM-EFB PS<br><br><br>ORDER |

On August 14, 2013, the undersigned issued findings and recommendations recommending that the amended complaint be dismissed without leave to amend.  ECF No. 8. On September 12, 2013, the assigned district judge adopted the findings and recommendations, dismissed the amended complaint, closed the case, and entered judgment accordingly.  ECF Nos. 13, 14.

Notwithstanding that judgment, plaintiff has subsequently filed a motion to proceed *in forma pauperis* and other documents that are nearly incomprehensible.  ECF Nos. 15-18. Plaintiff's recent filings do not constitute proper requests for reconsideration or appeal of the September 12, 2013 order and judgment.  Therefore, these documents will be disregarded. Plaintiff is advised that the court will disregard and issue no response to any future filings in this closed case.

1

Accordingly, it is hereby ORDERED that plaintiff's post-judgment filings, ECF Nos. 15-18, are disregarded.

SO ORDERED.

Dated:  October 15, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE