1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

JEROME VERNON SMITH,

No.  2:13-cv-1264-KJM-EFB PS

12

Plaintiff,

13

v.

ORDER

14

CITRUS HEIGHTS WATER DISTICT, as part of the SAN JAUN WATER

15

DISTRICT,

16

Defendant.

17

18

On August 14, 2013, the undersigned issued findings and recommendations

19

recommending that the amended complaint be dismissed without leave to amend.  ECF No. 8.

20

On September 12, 2013, the assigned district judge adopted the findings and recommendations,

21

dismissed the amended complaint, closed the case, and entered judgment accordingly.  ECF Nos.

22

13, 14.

23

Notwithstanding that judgment, plaintiff has subsequently filed a motion to proceed *in*

24

*forma pauperis* and other documents that are nearly incomprehensible.  ECF Nos. 15-18.

25

Plaintiff's recent filings do not constitute proper requests for reconsideration or appeal of the

26

September 12, 2013 order and judgment.  Therefore, these documents will be disregarded.

27

Plaintiff is advised that the court will disregard and issue no response to any future filings in this

28

closed case.

1

1        Accordingly, it is hereby ORDERED that plaintiff's post-judgment filings, ECF Nos. 15-

2    18, are disregarded.

3        SO ORDERED.

4    Dated:  October 15, 2013.

5                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28